MARGARET L. DONAHUE, as Committee, etc., v. HELEN R. MALONEY and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so that

the appeal can be argued on or before the 5th day of November, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.